In the Matter of BERNARD HAMBURGER, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.—

Concur — Stevens, P. J., Eager, McGivern and Markewich, JJ.